Dismissed and Memorandum Opinion filed August 20,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00216-CV

____________

 

JEFFREY J. ROURKE, Appellant

 

V.

 

JEROME BENJAMIN ROURKE, Appellee

 



 

On Appeal from the
10th District Court

Galveston County,
Texas

Trial Court Cause
No. 04CV1117

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 29, 2009. 
On August 10, 2009, appellant filed a motion to dismiss the appeal because the
parties have reached a settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Yates, Frost and Brown.